**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAURA REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No.: 3:15-cv-00187-KRG** |
| ) | |
| CENTRAL CREDIT SERVICES f/k/a ) | **Notice of Settlement** |
| INTERGRITY SOLUTIONS SERVICES, ) | |
| INC., a wholly-owned subsidiary of RADIUS ) | |
| GLOBAL SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: September 30, 2015              BY: */s/ Craig Thor Kimmel*
                                       Craig Thor Kimmel, Esquire
                                       PA Attorney ID No. 57100
                                       Kimmel & Silverman, P.C.
                                       30 East Butler Pike
                                       Ambler, PA 19002
                                       Phone: (215) 540-8888
                                       Facsimile: (877) 788-2864
                                       Email: kimmel@creditlaw.com
                                       Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 30th day of September, 2015, a true and correct copy of the foregoing pleading served via ECF to the below:

>   Ross S. Enders, Esq.
>   Sessions, Fishman, Nathan & Israel, L.L.C.
>   2303 Oxfordshire Road
>   Furlong, PA 18925
>   renders@sessions.legal

>   >   BY: */s/ Craig Thor Kimmel*
>   >   Craig Thor Kimmel, Esquire
>   >   PA Attorney ID No. 57100
>   >   Kimmel & Silverman, P.C.
>   >   30 East Butler Pike
>   >   Ambler, PA 19002
>   >   Phone: (215) 540-8888
>   >   Facsimile: (877) 788-2864
>   >   Email: kimmel@creditlaw.com
>   >   Attorney for the Plaintiff