IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA REED, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 3:15-cv-00187-KRG** |
| ) | |
| CENTRAL CREDIT SERVICES f/k/a ) | |
| INTEGRITY SOLUTION SERVICES, INC., ) | |
| a wholly-owned subsidiary of RADIUS ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: October 6, 2015

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 6th day of October, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

>Ross S. Enders, Esq.
>Sessions, Fishman, Nathan & Israel, L.L.C.
>2303 Oxfordshire Road
>Furlong, PA 18925
>renders@sessions.legal

>*/s/ Craig Thor Kimmel*
>Craig Thor Kimmel, Esquire
>PA Attorney ID No. 57100
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Facsimile: (877) 788-2864
>Email: kimmel@creditlaw.com
>Attorney for Plaintiff